

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-14-00880-CV

Stacy Joanna **MAURICIO**,
Appellant

v.

Rueben **MAURICIO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06556
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Appellant Stacy Joanna Mauricio.

It is so **ORDERED** on May 6, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle, Clerk